## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

**CASE NO.:**  <u>CV 10-01395 SJO (VBKx)</u>          **DATE:** <u>March 23, 2010</u>

**TITLE:**      <u>Kenneth Gould v. Kentucky Fried Chicken, et al.</u>

================================================================

**PRESENT:  THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Paul Cruz                                    Not Present
Courtroom Clerk                                     Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**      **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                         Not Present

================================================================

**PROCEEDINGS (IN CHAMBERS):**        **ORDER  TO  SHOW  CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

        Plaintiff is hereby ordered to show cause in writing by not later than **April 6, 2010** why this action should not be dismissed for lack of prosecution.

        The court will consider the filing of the following as an appropriate response to this Order to Show Cause, on or before the above date:

- Answer by the Defendant(s) or Plaintiff's request for entry of default;

        In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the court's Order may result in the dismissal of the action.

        **IT IS SO ORDERED**.

MINUTES FORM 11                                                          ___ : ___
CIVIL GEN                           Page 1 of  1              Initials of Preparer _____