JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KENNETH GOULD,<br><br>     Plaintiff,<br><br>vs.<br><br>KENTUCKY FRIED CHICKEN (Yum Brands, Inc.), DAVID NOVAK, ROGER EATON AND OTILLO EROJO,<br><br>     Defendants. | Case No.: CV10-01395 SJO (VBKx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**JUDGE: HON. S. JAMES OTERO** |

This matter having been resolved through a private mediation, and the parties having stipulated to dismissal, with prejudice, and without costs to either party, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above-entitled cause of action is dismissed, with prejudice, and without costs to either party.

This Order resolves the last pending claim and closes the case.

IT IS SO ORDERED.

Dated: July 16, 2010

*S. James Otero*

S. JAMES OTERO
United States District Court Judge

)